ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 SEP 18 AM 8:33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MANUEL OLIVARES-LOPEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 312-066 |
| ) | |
| WALT WELLS, Warden, ) | |
| ) | |
| Respondent. ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, an inmate currently incarcerated at McRae Correctional Facility in McRae, Georgia, submitted a petition in the Middle District of Florida under 28 U.S.C. § 2241 contesting the execution of his sentence of confinement. (Doc. no. 1.) Petitioner, however, did not pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis* ("IFP"). After Petitioner's case was transferred to the Southern District of Georgia, (doc. no. 2), the Court cautioned Petitioner, in an Order issued on July 31, 2012 that he had to either pay the filing fee or file an IFP motion, and the Court granted Petitioner 21 days in which to do so, (doc. no. 6).

Petitioner failed to respond to the Court's July 31, 2012 Order. Accordingly, on August 22, 2012, the Court granted Petitioner fourteen (14) additional days to comply with the terms of the Court's July 31, 2012 Order. (See doc. no. 7.) Once again, Petitioner was warned that his failure to comply in a timely fashion with the Court's Order would result in a recommendation that his case be dismissed. The time to respond has passed, and Petitioner

has not submitted the filing fee or a motion to proceed IFP as required by the Court's July 31, 2012 Order, nor has he provided the Court with any explanation why he has not complied.

In order to properly commence a § 2241 action, Petitioner must either pay the $5.00 or move to proceed IFP. Loc. R. 4.1 (providing that commencement of a civil action requires, among other things, payment of the appropriate filing fee or submission of an IFP motion); see also 28 U.S.C. § 1914(a) (providing that the filing fee for a habeas corpus action is $5.00). Petitioner has been warned repeatedly that failing to pay the filing fee or to submit a motion to proceed IFP would be an election to have his case voluntarily dismissed. As Petitioner has neither paid the filing fee, nor submitted a motion to proceed IFP, the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this /8th day of September, 2012, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE